U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2022 MAY 26 P 1: 11

CAROL L. MICHEL
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

# FELONY

INDICTMENT FOR POSSESSION OF MATERIALS INVOLVING THE
SEXUAL EXPLOITATION OF MINORS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 22-00111 |
| v. | * | SECTION: SECT. M MAG. 4 |
| BROCK TAYLOR GUILLOT | * | VIOLATIONS: 18 U.S.C. § 2252(a)(4)(B) |
| | | 18 U.S.C. § 2252(b)(2) |
| | * | |
| | * | |

\* \* \*

The Grand Jury charges that:

Beginning at a time unknown, and continuing until on or about February 3, 2021, within the Eastern District of Louisiana, the defendant, **BROCK TAYLOR GUILLOT**, did knowingly possess and attempt to possess one or more matters containing visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which visual depictions were produced using materials which had been mailed, or shipped and transported, by any means, including by computer; and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such

___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
___Doc.No____

visual depictions were of such conduct, to wit: digital videos and images depicting prepubescent minors and minors who had not attained twelve (12) years of age engaged in sexually explicit conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, defendant, **BROCK TAYLOR GUILLOT**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a)(3), all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and/or any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to any of the following:

>One (1) Samsung Galaxy Note 10 cellular phone, Model: SM-N970U, bearing IMEI: 358819100563171, with protective case, black in color, and charger.

3. If any of the above-described property, as a result of any act or omission of the defendant:

>a. cannot be located upon the exercise of due diligence;
>
>b. has been transferred or sold to, or deposited with, a third person;
>
>c. has been placed beyond the jurisdiction of the Court;
>
>d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

              A TRUE BILL:

DUANE A. EVANS  
UNITED STATES ATTORNEY

_____  
JORDAN GINSBERG  
Assistant United States Attorney  
Illinois Bar No. 6282956

New Orleans, Louisiana  
May 26, 2022

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern _District of_ Louisiana

Criminal _Division_

## THE UNITED STATES OF AMERICA

vs.

**BROCK TAYLOR GUILLOT**

## INDICTMENT

**INDICTMENT FOR POSSESSION OF MATERIALS INVOLVING THE SEXUAL EXPLOITATION OF MINORS**

VIOLATIONS:  18 U.S.C. § 2252(a)(4)(B)
             18 U.S.C. § 2252(b)(2)

A _____

_Filed in open court this _____ day of _____ A.D. 2022._

_____ Clerk

Bail, $ _____

_[signature]_
**JORDAN GINSBERG**
Assistant United States Attorney